**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TRINDEL WINGATE, | ) | NO. CV 14-7454-AB(AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| DAVE DAVEY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 3, 2015.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE